# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **MARVIN SMITH**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 6887 |
| ) | |
| **KANKAKEE COUNTY JAIL**, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Within a few days after pro se plaintiff prison detainee Marvin Smith ("Smith") employed the Clerk's-Office-supplied printed form of 42 U.S.C. § 1983 ("Section 1983") Complaint to sue the "Kankakee County Jail," this Court's review of the Complaint determined that "no fault (even a claim of deliberate indifference) is ascribable to any law enforcement personnel (or, for that matter, to the non-legal-entity 'Kankakee County Jail'" (Dkt. 4, this Court's September 9, 2014 memorandum order ("Order"), at 2). Accordingly the Order dismissed Smith's action as well as the Complaint on September 9.

Thereafter Smith filed three short letters -- Dkt. 6 received in the Clerk's Office on October 8, Dkt. 7 received in the Clerk's Office on November 7 and Dkt. 8 received in the Clerk's Office on December 16 -- copies of which were never transmitted to this Court's chambers. Hence this Court was totally unaware of the letters' existence until it very recently received the Judge's Copy of Smith's Motion for Attorney Representation ("Motion"), which arrived in the Clerk's Office on February 26, 2015 and which caused this Court to look into why it should be getting such a motion in a case that had been closed nearly five months ago. Dkt. 6 reflected that Smith had been transmitted from the Piatt County Jail, which he described in that

letter as "a temporary address," while Dkt. 7 reported that Smith was then at the Cook County Jail and Dkt. 8 reported that he had been "transfered [ ] out of Cook County to Kankakee County on 3050 Justice Way on November 10, 2014."

    Needless to say, apologies are due to Smith for the just-recounted mishandling and delay. But in substantive terms, his Complaint still doesn't entitle him to relief under Section 1983. This Court is transmitting a copy of the Order as well as this memorandum order to Smith at the Cook County Jail (to which an independent inquiry by this Court's staff has found he has once again been relocated), and the Motion is denied (on mootness grounds if nothing else).

                                                     Milton I. Shadur
                                                   Senior United States District Judge

Date:  March 5, 2014